1  D. PETER HARVEY (SBN 55712)
   pharvey@harveysiskind.com
2  RAFFI V. ZEROUNIAN (SBN 236388)
   rzerounian@harveysiskind.com
3  HARVEY SISKIND LLP
   Four Embarcadero Center, 39th Floor
4  San Francisco, CA 94111
5  Telephone:   (415) 354-0100
   Facsimile:   (415) 391-7124
6
   Attorneys for Plaintiff
7  INTEL CORPORATION

**FILED**

MAY 2 2 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

8

9           IN THE UNITED STATES DISTRICT COURT

10       FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  INTEL CORPORATION, a Delaware        CV 09   2294 MEJ
    corporation,
12                                       Case No.

                Plaintiff,               **COMPLAINT FOR DAMAGES AND
13                                       INJUNCTIVE RELIEF**

14      vs.                              **DEMAND FOR JURY TRIAL**

15  LAND FEASIBILITY, LLC, a Delaware
    limited liability company,
16
                Defendant.
17

18

19      Plaintiff Intel Corporation ("Intel") alleges as follows:

20      1.      This action arises from unauthorized use of the trade name and trademark LANDINTEL

21  by defendant Land Feasibility, LLC ("Land Feasibility").

22      2.      By using a trade name and trademark that wholly incorporate and emphasize the world

23  famous INTEL® trademark, Land Feasibility has caused and is likely to continue to cause confusion

24  that Intel is the source or sponsor of Land Feasibility's services, or that there is an association between

25  Intel and Land Feasibility.  In addition, Land Feasibility's acts are causing, and/or are likely to cause,

26  dilution of the INTEL® trademark.  Consequently, Intel seeks injunctive relief and damages under the

27  federal Lanham Act (15 U.S.C. §§ 1051, et seq.), the California Business and Professions Code, and

28  the common law doctrines of passing off and unfair competition.

-1-

## I. JURISDICTION

3. This Court has personal jurisdiction over Land Feasibility because, on information and belief, it conducts or has conducted business, as well as advertises its products and services, in the State of California and within this judicial district, and the effects of those acts have been felt in this district.

4. This Court has jurisdiction over this matter pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1338 and 1367. Intel's claims are, in part, based on violations of the Lanham Act, as amended, 15 U.S.C. §§ 1051, *et seq.* The Court has jurisdiction over the state law claims pursuant to 28 U.S.C. §§ 1338(b) and 1367.

## II. INTRADISTRICT ASSIGNMENT

5. This is an intellectual property action and therefore shall be assigned on a district-wide basis per Civil L.R. 3-2(c).

## III. THE PARTIES

6. Plaintiff Intel is a Delaware corporation having its principal place of business at 2200 Mission College Boulevard, Santa Clara, California. Intel offers a wide variety of goods and services, which are sold worldwide and throughout the United States, including in the Northern District of California.

7. Upon information and belief, Defendant Land Feasibility is a Delaware limited liability company having its principal place of business at 107 Centennial Street, Suite 106, La Plata, Maryland. Land Feasibility markets and sells land feasibility studies, land reports, and other data summary services under the trade name and trademark LANDINTEL. Land Feasibility promotes its goods and services on the World Wide Web at the address http://www.landintel.com. Upon information and belief, Land Feasibility targets consumers nationwide over its website, including consumers in California, and has consumers in this state. Furthermore, Land Feasibility's website states that it offers its goods and services "on a nationwide scale."

-2-

## IV. INTEL'S BUSINESS AND MARKS

8. Intel is a world-famous company that develops, manufactures and sells a wide variety of computer, communications and Internet-related products and services. Intel's customers include individual consumers, businesses, schools, and the government.

9. For 40 years, Intel has used INTEL as a trade name, trademark and service mark to identify virtually its entire line of products and services. INTEL is one of the most valuable, respected and famous names and trademarks in the world. Indeed, in 2008, the INTEL brand was ranked seventh in the world in Interbrand's Best Global Brands survey, with an estimated value of over $31 billion.

10. The real estate industry is one of the many industries in which Intel has had success. For example, Intel offers the Mobile Reference Model, which is a reference application that permits a real estate agent to work in a single, unified data space from the agent's desktop PC, laptop, and PDA, both online and off. Moreover, Intel has also for some time owned and managed commercial real estate across the United States. Intel has substantial real estate holdings and is actively involved in the purchase, development and management of its commercial real estate, and is an active community member where it maintains facilities and fabrication plants. For its own account and through its subsidiary, Intel Leasing Corporation, Intel has collected substantial amounts in rent from the commercial properties it owns and manages.

11. Intel uses INTEL as its "house mark" on or in connection with virtually every product and service it sells. In 2008 alone, Intel sold over $37.5 billion of INTEL branded products and services and, in the last thirteen years, Intel has sold over $376 billion of products and services under the INTEL name and mark.

12. Intel is the owner of numerous U.S. trademark registrations for the mark INTEL, including the following:

a. Intel is the owner of U.S. Trademark Registration Nos. 914,978 and 938,772 issued on June 15, 1971 and July 25, 1972, respectively, for the mark INTEL for use in connection with integrated circuits, registers and semiconductor memories and equipment for the testing and programming thereof. These registrations, duly and legally issued by the United States Patent and Trademark Office, are valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the

-3-

1  notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  Copies of these

2  registrations are attached hereto as Exhibits A and B.

3        b.  Intel is the owner of U.S. Trademark Registration No. 939,641 issued on August 1,

4  1972 for the mark INTEL for use in connection with integrated circuits, registers, and semiconductor

5  memories.  This registration, duly and legally issued by the United States Patent and Trademark

6  Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of

7  registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is

8  attached hereto as Exhibit C.

9        c.  Intel is the owner of U.S. Trademark Registration No. 1,022,563, issued on October

10  14, 1975, for the mark INTEL for use in connection with microcomputers, microcontrollers, and

11  microprocessors.  This registration, duly and legally issued by the United States Patent and Trademark

12  Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of

13  registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is

14  attached hereto as Exhibit D.

15        d.  Intel is the owner of U.S. Trademark Registration No. 1,573,324, issued on

16  December 26, 1989, for the mark INTEL for use in connection with printed material, namely, technical

17  manuals, pamphlets, user and product manuals, all of which relate to the field of information and data

18  technology and semiconductor devices.  This registration, duly and legally issued by the United States

19  Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.

20  Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy

21  of this registration is attached hereto as Exhibit E.

22        e.  Intel is the owner of U.S. Trademark Registration No. 1,723,243, issued on

23  October 13, 1992, for the mark INTEL for use in connection with metal key rings, watches, note paper,

24  note cards, posters, microprocessor chip die plot prints as art prints, pencils, ball point pens, ink pens

25  and stationery folders; plastic key chain tags; mugs and water bottles sold empty, jigsaw puzzles, golf

26  balls, golf tees and golf ball markers.  This registration, duly and legally issued by the United States

27  Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.

28

-4-

1    Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy

2    of this registration is attached hereto as Exhibit F.

3          f.   Intel is the owner of U.S. Trademark Registration No. 1,725,692, issued on

4    October 20, 1992, for the mark INTEL for use in connection with, among other things, sports bags,

5    gym bags and carry-on bags; towels, and clothing. This registration, duly and legally issued by the

6    United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15

7    U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. §

8    1111. A copy of this registration is attached hereto as Exhibit G.

9          g.   Intel is the owner of U.S. Trademark Registration No. 2,171,778, issued on July 7,

10   1998, for the mark INTEL for use in connection with, among other things, computer operating system

11   software, computer hardware, integrated circuits, integrated circuit chips, microprocessors, printed

12   circuit boards, video circuit boards, audio-video circuit boards, video graphic accelerators, multimedia

13   accelerators, video processors, computer hardware and software for the development, maintenance, and

14   use of interactive audio-video computer conference systems, and computer hardware and software for

15   the receipt, display and use of broadcast video, audio and data signals. This registration, duly and

16   legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable

17   pursuant to 15 U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL mark pursuant

18   to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit H.

19         h.   Intel is the owner of U.S. Trademark Registration No. 2,194,121 issued on

20   October 6, 1998, for the mark INTEL for use in connection with, among other things, printed

21   materials, namely, books, magazines, newsletters, journals, operating manuals, users guides,

22   pamphlets, and brochures about, for use with and directed to users of, computer operating system

23   software; computer operating programs; computer system tools; computer application software;

24   computer hardware; computer components; integrated circuits; microprocessors; computer memory

25   devices; video graphic accelerators; multimedia accelerators; video processors; and fax/modems. This

26   registration, duly and legally issued by the United States Patent and Trademark Office, is valid,

27   subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of registration, "®,"

28

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1  with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as

2  Exhibit I.

3         i.    Intel is the owner of U.S. Trademark Registration No. 2,251,962 issued on June 8,

4  1999, for the mark INTEL for use in connection with clocks, jewelry, cuff links, key chains, necklaces,

5  necktie fasteners, lapel pins, pendants, piggy banks, trophies and watches. This registration, duly and

6  legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable

7  pursuant to 15 U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL mark pursuant

8  to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit J.

9         j.    Intel is the owner of U.S. Trademark Registration No. 2,251,961 issued on June 8,

10  1999, for the mark INTEL for use in connection with binders, bookends, boxes for pens, calendars,

11  tablets, note cards, self-adhesive pads, desk pads, and calendar pads, pens, pencils, folders,

12  paperweights, pen and pencil holders, photograph stands, erasers, markers, desk sets, and desk

13  organizers. This registration, duly and legally issued by the United States Patent and Trademark

14  Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of

15  registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is

16  attached hereto as Exhibit K.

17         k.   Intel is the owner of U.S. Trademark Registration No. 2,250,491 issued on June 1,

18  1999, for the mark INTEL for use in connection with travel bags, luggage, school bags, back packs,

19  beach bags, duffel bags, fanny packs, and umbrellas. This registration, duly and legally issued by the

20  United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15

21  U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. §

22  1111. A copy of this registration is attached hereto as Exhibit L.

23         l.    Intel is the owner of U.S. Trademark Registration No. 2,254,525 issued on June 15,

24  1999, for the mark INTEL for use in connection with T-shirts, shirts, jackets, headwear, hats, polo

25  shirts, and infant rompers. This registration, duly and legally issued by the United States Patent and

26  Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the

27  notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this

28  registration is attached hereto as Exhibit M.

-6-

1               m.     Intel is the owner of U.S. Trademark Registration No. 2,261,531 issued on

2    July 13, 1999, for the mark INTEL for use in connection with toys, dolls, bean bags, and Christmas

3    tree ornaments.  This registration, duly and legally issued by the United States Patent and Trademark

4    Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of

5    registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is

6    attached hereto as Exhibit N.

7               n.   Intel is the owner of U.S. Trademark Registration No. 2,276,580 issued on

8    September 7, 1999 for the mark INTEL for use in connection with mugs and sports bottles.  This

9    registration, duly and legally issued by the United States Patent and Trademark Office, is valid,

10   subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of registration, "®,"

11   with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as

12   Exhibit O.

13              o.   Intel is the owner of U.S. Trademark Registration No. 2,446,693, issued on

14   April 24, 2001, for the mark INTEL for use in connection with, among other things, computers,

15   computer hardware, software for use in operating and maintaining computer systems, microprocessors,

16   integrated circuits, computer chipsets, computer motherboards, computer graphics boards, and

17   computer networking hardware.  This registration, duly and legally issued by the United States Patent

18   and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses

19   the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this

20   registration is attached hereto as Exhibit P.

21              p.   Intel is the owner of U.S. Trademark Registration No. 2,462,327, issued on June 19,

22   2001, for the mark INTEL for use in connection with, among other things, computer hardware and

23   software for use in imaging and photographic applications.  This registration, duly and legally issued

24   by the United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15

25   U.S.C. § 1065.  Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C.

26   § 1111.  A copy of this registration is attached hereto as Exhibit Q.

27              q.   Intel is the owner of U.S. Trademark Registration No. 2,585,551, issued on June 25,

28   2002, for the mark INTEL for use in connection with, among other things, computer hardware

1  installation and repair services; arranging and conducting educational conferences and seminars in the

2  fields of computers, telecommunications, and computer networking, and distributing course materials

3  in connection therewith; development, publishing and dissemination of educational materials in the

4  fields of computers, telecommunications and computer networking for others; interactive and non-

5  interactive computer education training services; providing information via global computer network

6  in the fields of education and entertainment; provision of interactive and non-interactive electronic

7  information services on a wide variety of topics; development of local and wide area computer

8  networks for others; computer web site design services; computer software design for others;

9  development of interactive and non-interactive web pages for the global computer network for others;

10  providing on-line newspapers, magazines, instructional manuals in the fields of technology,

11  entertainment, education and business; and development, maintenance, and provision of interactive and

12  non-interactive electronic bulletin boards services in the fields of entertainment and education.  This

13  registration, duly and legally issued by the United States Patent and Trademark Office, is valid and

14  subsisting.  Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C.

15  § 1111.  A copy of this registration is attached hereto as Exhibit R.

16         r.   Intel is the owner of U.S. Trademark Registration No. 2,742,174, issued on July 29,

17  2003, for the mark INTEL for use in connection with, among other things, installation, repair,

18  maintenance, support and consulting services for computer-related and communications-related goods;

19  providing on-line publications, namely, books, brochures, white papers, catalogs and pamphlets in the

20  fields of computer and information technology; and designing and developing standards for others in

21  the design and implementation of computer software, computer hardware and telecommunications

22  equipment.  This registration, duly and legally issued by the United States Patent and Trademark

23  Office, is valid and subsisting.  Intel uses the notice of registration, "®," with its INTEL mark pursuant

24  to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit S.

25         s.   Intel is the owner of U.S. Trademark Registration No. 3,029,954, issued on

26  December 13, 2005, for the mark INTEL for use in connection with, among other things,

27  semiconductor and microprocessor cartridges; internet and web servers; internet and web caching

28  servers; wireless and remote computer peripherals; computer hardware and software for enabling web

-8-

1   portals; computer hardware and software for digital encryption, identification and certification;

2   computer hardware and software to enable remote encrypted networking; computer hardware and

3   software to enable secure data transmission via networks, the internet and world wide web; and

4   computer consultation services, namely, web design and development services. This registration, duly

5   and legally issued by the United States Patent and Trademark Office, is valid and subsisting. Intel uses

6   the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this

7   registration is attached hereto as Exhibit T.

8           t.   Intel is the owner of U.S. Trademark Registration No. 3,136,102, issued on August

9   29, 2006, for the mark INTEL for use in connection with telecommunication services, namely,

10   electronic and digital transmission of data, documents, audio and video via computer terminals. This

11   registration, duly and legally issued by the United States Patent and Trademark Office, is valid and

12   subsisting. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C.

13   § 1111. A copy of this registration is attached hereto as Exhibit U.

14           u.   Intel is the owner of U.S. Trademark Registration No. 3,173,391, issued on

15   November 21, 2006, for the mark INTEL for use in connection with telecommunications consulting

16   services. This registration, duly and legally issued by the United States Patent and Trademark Office,

17   is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15

18   U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit V.

19         13.   In addition to using INTEL as a trade name, a trademark, and a service mark, Intel also

20   owns a large family of marks that incorporate INTEL as a prominent component of the mark. For

21   example, in 1991, Intel developed and launched a cooperative advertising and licensing program

22   referred to as the "Intel Inside® Program." As part of this program, Intel licensed the INTEL mark to

23   PC manufacturers to communicate to the end customer that the manufacturers' products, such as

24   personal desktop computers, laptop computers and workstations, were designed with genuine Intel

25   microprocessors. Among Intel's many thousands of OEM ("Original Equipment Manufacturers")

26   licensees worldwide are giants of the computer industry such as Dell, Gateway, Hewlett-Packard,

27   IBM, and Sony. Intel's OEM licensees have undoubtedly sold many billions of dollars worth of

28   computer products bearing the INTEL marks. The combined advertising expenditure by Intel and

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1   Intel's licensees under the INTEL mark has averaged over one billion dollars for each of the last few

2   years.  Through extensive advertising and promotion by Intel and its licensees, advertisements

3   reflecting the INTEL mark have most likely created billions of impressions.

4        14.   Intel is the owner of numerous U.S. trademark registrations for the INTEL INSIDE

5   mark, including Reg. No. 1,705,796 and Reg. No. 2,179,209.  Copies of these registrations are attached

6   hereto as Exhibits W and X.

7        15.   Intel owns many other U.S. trademark registrations for its family of INTEL formative

8   marks.  These include:  INTEL SPEEDSTEP, INTEL XSCALE, INTEL NETMERGE, INTEL

9   NETBURST, INTEL NETSTRUCTURE, and INTEL CORE.  Copies of these registrations are

10   attached hereto as Exhibits Y through EE.

11        16.   Intel is also the owner of several California trademark registrations for the mark INTEL

12   (CA Reg. No. 63565; CA Reg. No. 94220; CA Reg. No. 94221).  Copies of these registrations are

13   attached hereto as Exhibits FF through GG.

14        17.   Through its extensive use, Intel also owns common law trademark rights in INTEL and

15   its family of INTEL formative marks, for all of the goods and services and activities identified herein.

16        18.   Intel maintains an Internet site on the World Wide Web at the address

17   http://www.intel.com.  Intel has used its trade name and trademark as an Internet address in order to

18   make it easy for customers to locate Intel's web site, and to identify that the web site is owned by Intel.

19   Intel's web site features the INTEL marks and many other INTEL composite marks.

20        19.   As a consequence of the extensive sales, advertising, promotion, and use of the INTEL

21   and INTEL formative trademarks, Intel has developed enormous recognition for its products and

22   services under the INTEL mark and has acquired and enjoys an immensely valuable reputation and

23   tremendous goodwill under the mark.  The INTEL mark is world renowned, and is a "famous" mark

24   for purposes of 15 U.S.C. § 1125(c)(1).

25   **V.    LAND FEASIBILITY'S BUSINESS AND TRADEMARK REGISTRATION**

26        20.   Intel is informed and believes that Land Feasibility offers for sale land feasibility

27   reports, land usage reports, and related data summary services.  Intel is informed and believes that

28   Land Feasibility offers and provides its services in the state of California.

21.     The LANDINTEL trade name and trademark wholly incorporate and emphasize the INTEL trademark, adding only the non-distinctive element "LAND," a generic term when used for the services offered by Land Feasibility.  The dominant portion of the LANDINTEL name and mark is INTEL, which is identical in sight and sound to the world famous INTEL trademark.  Land Feasibility is the recorded owner of U.S. Trademark Registration No. 3,532,163 for LANDINTEL for "land use planning services; land surveying; mapping; conducting of feasibility studies."

22.     Despite Intel's numerous attempts to resolve the dispute amicably, Land Feasibility has persisted in using the LANDINTEL trade name and trademark, leaving Intel no choice but to file this Complaint.

**FIRST CAUSE OF ACTION**
**TRADEMARK INFRINGEMENT**
**(15 U.S.C. § 1114)**

23.     Intel realleges and incorporates herein by reference the matters alleged in Paragraphs 1 through 22 of this Complaint.

24.     Upon information and belief, Land Feasibility was aware of Intel's business and its INTEL mark prior to the adoption and use of the LANDINTEL trade name and trademark.

25.     Land Feasibility either had actual notice and knowledge, or had constructive notice, of Intel's ownership and registrations of the INTEL mark pursuant to 15 U.S.C. § 1072 prior to Land Feasibility's adoption and use of the LANDINTEL trade name and trademark.

26.     Land Feasibility is using the LANDINTEL trade name and trademark in connection with the sale of its products and services without consent, and with knowledge of Intel's rights.

27.     Land Feasibility's unauthorized use of the LANDINTEL trade name and trademark falsely indicates to consumers that Land Feasibility's products and services are in some manner connected with, sponsored by, affiliated with, or related to Intel, Intel's licensees, or the goods and services of Intel and Intel's licensees.

28.     Land Feasibility's unauthorized use of the LANDINTEL trade name and trademark is also likely to cause consumers to be confused as to the source, nature and quality of the products and services Land Feasibility is promoting or selling.

-11-

1       29.    Land Feasibility's unauthorized use of the LANDINTEL trade name and trademark in

2 connection with the sale of its products and services allows, and will continue to allow, Land

3 Feasibility to receive the benefit of the goodwill established at great labor and expense by Intel and to

4 gain acceptance of Land Feasibility's goods and services, not based on the merits of those goods or

5 services, but on Intel's reputation and goodwill.

6       30.    Land Feasibility's unauthorized use of the LANDINTEL trade name and trademark in

7 connection with the sale of its goods and services deprives Intel of the ability to control the consumer

8 perception of the quality of the goods and services marketed under the INTEL mark, and places Intel's

9 valuable reputation and goodwill in the hands of Land Feasibility, over which Intel has no control.

10       31.    Land Feasibility has caused confusion and is likely to cause further confusion, or to

11 cause mistake, or to deceive consumers or potential consumers in violation of 15 U.S.C. § 1114.

12       32.    Intel has been, is now, and will be irreparably injured and damaged by Land

13 Feasibility's trademark infringement, and unless enjoined by the Court, Intel will suffer further harm to

14 its name, reputation and goodwill.  This harm constitutes an injury for which Intel has no adequate

15 remedy at law.

16

17 **SECOND CAUSE OF ACTION**<br>**FALSE DESIGNATION OF ORIGIN**<br>**(15 U.S.C. § 1125(A))**

18

19       33.    Intel realleges and incorporates herein by reference the matters alleged in Paragraphs

20 1 through 32 of this Complaint.

21       34.    Land Feasibility's unauthorized use of the LANDINTEL trade name and trademark

22 falsely suggests that its products and services are connected with, sponsored by, affiliated with, or

23 related to Intel, and constitutes a false designation of origin in violation of 15 U.S.C. § 1125(a).

24       35.    Intel has been, is now, and will be irreparably injured and damaged by Land

25 Feasibility's aforementioned acts, and unless enjoined by the Court, Intel will suffer further harm to its

26 name, reputation and goodwill.  This harm constitutes an injury for which Intel has no adequate

27 remedy at law.

28

-12-

**THIRD CAUSE OF ACTION**
**FEDERAL TRADEMARK DILUTION**
**(15 U.S.C. § 1125(C))**

36.     Intel realleges and incorporates herein by reference the matters alleged in paragraphs 1 through 35 of this Complaint.

37.     The INTEL mark is world-renowned.  It is a famous mark that is widely recognized by consumers, businesses and industry, and that identifies the products and services of Intel in the minds of consumers.

38.     Land Feasibility's unauthorized use of the LANDINTEL trade name and trademark began after Intel's mark had become famous.

39.     Land Feasibility's unauthorized use of the LANDINTEL trade name and trademark has, and will continue to have, an adverse effect upon the value and distinctive quality of the INTEL mark. Land Feasibility's acts blur and whittle away at the distinctiveness and identity-evoking quality of the INTEL mark.  Land Feasibility's acts have diluted and are likely to continue diluting the famous INTEL mark in violation of 15 U.S.C. § 1125(c).

40.     Intel has been, is now, and will be irreparably injured and damaged by Land Feasibility's aforementioned acts, and unless enjoined by the Court, Intel will suffer further harm to its name, reputation and goodwill.  This harm constitutes an injury for which Intel has no adequate remedy at law.

**FOURTH CAUSE OF ACTION**
**INJURY TO BUSINESS REPUTATION AND**
**DILUTION UNDER CALIFORNIA LAW**
**(CAL. BUS. & PROF. CODE §14247)**

41.     Intel realleges and incorporates herein by reference the matters alleged in paragraphs 1 through 40 of this Complaint.

42.     Land Feasibility's unauthorized use of the LANDINTEL trade name and trademark is likely to injure Intel's business reputation, and has diluted, and/or is likely to dilute, the distinctive quality of the INTEL mark and trade name in violation of the California Business and Professions Code §14247.

43. Land Feasibility willfully intended to trade on Intel's image and reputation and to dilute the INTEL trademark, acted with reason to know, or was willfully blind as to the consequences of its actions.

44. Land Feasibility's wrongful acts have caused and will continue to cause Intel irreparable harm. Intel has no adequate remedy at law for Land Feasibility's dilution.

45. Intel is therefore entitled to a judgment enjoining and restraining Land Feasibility from engaging in further acts of dilution pursuant to California Business and Professions Code § 14247.

## FIFTH CAUSE OF ACTION
## INFRINGEMENT UNDER CALIFORNIA LAW
## (CAL. BUS. & PROF. CODE § 14245)

46. Intel realleges and incorporates herein by reference the matters alleged in Paragraphs 1 through 45 of this Complaint.

47. Land Feasibility's unauthorized use of the LANDINTEL trade name and trademark in connection with the sale, offering for sale, distribution or advertising of its products and services is likely to cause confusion or mistake or to deceive as to the source or origin of its goods and/or services in violation of California Business and Professions Code § 14245.

48. Upon information and belief, Land Feasibility's infringement has been with knowledge of Intel's rights.

49. Intel has been, is now, and will be irreparably injured and damaged by Land Feasibility's aforementioned acts, and unless enjoined by the Court, Intel will suffer further harm to its name, reputation and goodwill. This harm constitutes an injury for which Intel has no adequate remedy at law.

## SIXTH CAUSE OF ACTION
## COMMON LAW PASSING OFF
## AND UNFAIR COMPETITION

50. Intel realleges and incorporates herein by reference the matters alleged in paragraphs 1 through 49 of this Complaint.

-14-

1    51.    Land Feasibility's unauthorized use of the LANDINTEL trade name and trademark

2  constitutes passing off and unfair competition of the INTEL mark in violation of the common law of

3  California.

4    52.    Land Feasibility's wrongful acts have caused and will continue to cause Intel

5  irreparable harm.  Intel has no adequate remedy at law.

6    53.    Intel is entitled to a judgment enjoining and restraining Land Feasibility from engaging

7  in further acts of infringement and unfair competition.

8

**SEVENTH CAUSE OF ACTION**
**UNFAIR COMPETITION**
**(CAL. BUS & PROF. CODE § 17200)**

9

10

11    54.    Intel realleges and incorporates herein by reference the matters alleged in Paragraphs 1

12  through 53 of this Complaint.

13    55.    Land Feasibility's acts described above constitute unfair competition in violation of

14  California Business and Professional Code § 17200 et seq., as they are likely to deceive the public.

15    56.    Land Feasibility's acts of unfair competition have caused and will continue to cause

16  Intel irreparable harm.  Intel has no adequate remedy at law for Land Feasibility's unfair competition.

17    57.    Intel is entitled to a judgment enjoining and restraining Land Feasibility from engaging

18  in further unfair competition.

19  ///

20  ///

21

22

23

24

25

26

27

28

-15-

**PRAYER FOR RELIEF**

WHEREFORE, Intel prays for relief as follows:

1. Entry of an order and judgment requiring that Land Feasibility and its agents, servants, employees, owners and representatives, and all other persons, firms or corporations in active concert or participation with it, be enjoined and restrained from (a) using in any manner the INTEL mark, or any name, mark or domain name that wholly incorporates the INTEL mark or is confusingly similar to or a colorable imitation of this mark, including, without limitation, any trade name and trademark incorporating the term "LANDINTEL;" (b) doing any act or thing calculated or likely to cause confusion or mistake in the minds of members of the public, or prospective customers of Intel's products or services, as to the source of the products or services offered for sale, distributed, or sold, or likely to deceive members of the public, or prospective customers, into believing that there is some connection between Land Feasibility and Intel; and (c) committing any acts which will tarnish, blur, or dilute, or likely to tarnish, blur, or dilute the distinctive quality of the famous INTEL mark;

2. A judgment ordering Land Feasibility, pursuant to 15 U.S.C. § 1116(a), to file with this Court and serve upon Intel within thirty (30) days after entry of the injunction, a report in writing under oath setting forth in detail the manner and form in which Land Feasibility has complied with the injunction, ceased all sales of goods and services under the LANDINTEL trade name and trademark as set forth above;

3. A judgment ordering Land Feasibility, pursuant to 15 U.S.C. § 1118, to deliver up for destruction, or to show proof of said destruction or sufficient modification to eliminate the infringing matter, all articles, packages, wrappers, products, displays, labels, signs, vehicle displays or signs, circulars, kits, packaging, letterhead, business cards, promotional items, clothing, literature, sales aids, receptacles or other matter in the possession, custody, or under the control of Land Feasibility or its agents bearing the trademark INTEL in any manner, or any mark that is confusingly similar to or a colorable imitation of this mark, including without limitation the LANDINTEL trade name and trademark, both alone and in combination with other words or terms;

4. A judgment ordering Land Feasibility to take all steps necessary to cancel any trademark application or registration it may have in the U.S., and an order compelling the

1  Commissioner of Trademarks of the United States to cancel federal trademark registration No.

2  3,532,163;

3       5.     A judgment in the amount of Intel's actual damages, Land Feasibility's profits, Intel's

4  reasonable attorneys' fees and costs of suit, and pre-judgment interest pursuant to 15 U.S.C. §1117;

5       6.     A judgment for enhanced damages under 15 U.S.C. §1117 and punitive damages under

6  state law as appropriate;

7       7.     A judgment granting Intel such other and further relief as the Court deems just and

8  proper.

9  Dated:  May 22, 2009               Respectfully submitted,

10                               HARVEY SISKIND LLP

11                               D. PETER HARVEY
                                 RAFFI V. ZEROUNIAN

12

13                 By:

14                             Raffi V. Zerounian

15                             Attorneys for Plaintiff

16                             INTEL CORPORATION

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1

## JURY DEMAND

2      Intel hereby requests a trial by jury.

3

4 Dated: May 22, 2009                    Respectfully submitted,

5                                        HARVEY SISKIND LLP
                                         D. PETER HARVEY
6                                        RAFFI V. ZEROUNIAN

7

8                                   By: _____
                                         Raffi V. Zerounian
9

10                                       Attorneys for Plaintiff
                                         INTEL CORPORATION
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

2      Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named

3    parties, there is no such interest to report.

4

5    Dated:  May 22, 2009                          Respectfully submitted,

6                                                  HARVEY SISKIND LLP
                                                   D. PETER HARVEY
7                                                  RAFFI V. ZEROUNIAN

8

9                                                  By: _____
                                                      Raffi V. Zerounian
10

11                                                 Attorneys for Plaintiff
                                                   INTEL CORPORATION

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

Prior U.S. Cl.: 21

United States Patent and Trademark Office

10 Year Renewal

J. No. 914,978
Registered June 25, 1971
Renewal Approved May 15, 1991

### TRADEMARK
### PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPORATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051, BY MERGER AND CHANGE OF NAME FROM INTEL CORPORATION (CALIFORNIA CORPORATION) MOUNTAIN VIEW, CA

FOR: INTEGRATED CIRCUITS, REGISTERS, AND SEMICONDUCTOR MEMORIES, IN CLASS 21 (INT. CL. 9).

FIRST USE 3-11-1969; IN COMMERCE 3-11-1969.

SER. NO. 72-325,423, FILED 4-24-1969.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on June 25, 1991.*

COMMISSIONER OF PATENTS AND TRADEMARKS

## EXHIBIT A

Int. Cl.: 9

Prior U.S. Cl.: 26

United States Patent and Trademark Office

10 Year Renewal

Reg. No. 938,772
Registered July 25, 1972
Renewal Term Begins July 25, 1992

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119, BY MERGER AND CHANGE OF NAME FROM INTEL CORPORATION (CALIFORNIA CORPORATION) MOUNTAIN VIEW, CA

FOR: EQUIPMENT FOR THE TESTING AND PROGRAMMING OF INTEGRATED CIRCUITS, REGISTERS AND SEMICONDUCTOR MEMORIES, IN CLASS 26 (INT. CL. 9).

FIRST USE 1-15-1971; IN COMMERCE 1-15-1971.

SER. NO. 72-384,319, FILED 2-19-1971.

**EXHIBIT B**

Int. Cl.: 9

Prior U.S. Cl.: 21

United States Patent and Trademark Office

10 Year Renewal

Reg. No. 939,641

Registered Aug. 1, 1972

Renewal Term Begins Aug. 1, 1992

# TRADEMARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119, BY MERGER AND CHANGE OF NAME FROM INTEL CORPORATION (CALIFORNIA CORPORATION) MOUNTAIN VIEW, CA

FOR: INTEGRATED CIRCUITS, REGISTERS AND SEMICONDUCTOR MEMORIES, IN CLASS 21 (INT. CL. 9).

FIRST USE 3-11-1969; IN COMMERCE 3-11-1969.

SER. NO. 72-384,320, FILED 2-19-1971.

## EXHIBIT C

Prior U.S. Cl. , 26



# United States Patent Office

Reg. No. 1,022,563
Registered Oct. 14, 1975

## TRADEMARK
### Principal Register

## INTEL

Intel Corporation (California corporation)
3065 Bowers Ave.
Santa Clara, Calif. 95051

For: MICROCOMPUTERS, MICROCONTROLLERS AND MICROPROCESSORS, in CLASS 9 (U.S. CLS. 21 and 26).

First use July 6, 1971; in commerce July 6, 1971.

Owner of Reg. Nos. 938,772, 997,021, and others.

Ser. No. 35,122, filed Oct. 21, 1974.

B. C. WASHINGTON, Examiner

**EXHIBIT D**

Int. Cl.: 16

Prior U.S. Cl.: 38

United States Patent and Trademark Office    Reg. No. 1,573,324
Registered Dec. 26, 1989

### TRADEMARK
### PRINCIPAL REGISTER



INTEL CORPORATION (CALIFORNIA CORPO-
RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: PRINTED MATERIAL, NAMELY,
TECHNICAL MANUALS, PAMPHLETS, USER
AND PRODUCT MANUALS, ALL OF WHICH
RELATE TO THE FIELD OF INFORMATION

AND DATA TECHNOLOGY AND SEMICON-
DUCTOR DEVICES, IN CLASS 16 (U.S. CL. 38).
FIRST USE 1-1-1971; IN COMMERCE
1-1-1971.
OWNER OF U.S. REG. NOS. 914,978, 1,022,563
AND OTHERS.

SER. NO. 73-794,931, FILED 4-21-1989.

HENRY S. ZAK, EXAMINING ATTORNEY

# EXHIBIT E

Int. Cls.: 6, 14, 16, 20, 21 and 28

Prior U.S. Cls.: 2, 13, 22, 25, 27, 37, 38 and 44

## United States Patent and Trademark Office

Reg. No. 1,723,243
Registered Oct. 13, 1992

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: METAL KEY RINGS, IN CLASS 6 (U.S.
CLS. 13 AND 25).
FIRST USE 10-16-1990; IN COMMERCE
10-16-1990.
FOR: WATCHES, IN CLASS 14 (U.S. CL. 27).
FIRST USE 10-15-1990; IN COMMERCE
10-15-1990.
FOR: NOTE PAPER, NOTE CARDS, POST-
ERS, MICROPROCESSOR CHIP DIE PLOT
PRINTS AS ART PRINTS, PENCILS, BALL
POINT PENS, INK PENS AND STATIONERY
FOLDERS, IN CLASS 16 (U.S. CLS. 37 AND 38).
FIRST USE 10-22-1990; IN COMMERCE
10-22-1990.

FOR: PLASTIC KEY CHAIN TAGS, IN
CLASS 20 (U.S. CLS. 13 AND 25).
FIRST USE 10-19-1990; IN COMMERCE
10-19-1990.
FOR: MUGS AND WATER BOTTLES SOLD
EMPTY, IN CLASS 21 (U.S. CLS. 2 AND 44).
FIRST USE 10-1-1990; IN COMMERCE
10-1-1990.
FOR: JIGSAW PUZZLES, GOLF BALLS,
GOLF TEES AND GOLF BALL MARKERS, IN
CLASS 28 (U.S. CL. 22).
FIRST USE 9-27-1990; IN COMMERCE
9-27-1990.
OWNER OF U.S. REG. NOS. 914,978, 1,573,324
AND OTHERS.

SER. NO. 74-225,623, FILED 11-25-1991.

KATHERINE STOIDES, EXAMINING ATTOR-
NEY

# EXHIBIT F

Int. Cls.: 18, 2   nd 25

Prior U.S. Cls.: 3, 39 and 42

United States Patent and Trademark Office

Reg. No. 1,725,692
Registered Oct. 20, 1992

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: ALL PURPOSE SPORT BAGS, GYM
BAGS AND CARRY-ON BAGS, IN CLASS 18
(U.S. CL. 3).
FIRST USE 10-12-1990; IN COMMERCE
10-12-1990.
FOR: TOWELS, IN CLASS 24 (U.S. CL. 42).
FIRST USE 10-27-1990; IN COMMERCE
10-27-1990.

FOR: CLOTHING; NAMELY, T-SHIRTS, COV-
ERALLS, SHIRTS AND CAPS, IN CLASS 25
(U.S. CL. 39).
FIRST USE 10-1-1990; IN COMMERCE
10-1-1990.
OWNER OF U.S. REG. NOS. 914,978, 1,573,324
AND OTHERS.

SER. NO: 74-225,506, FILED 11-25-1991.

KATHERINE STOIDES, EXAMINING ATTOR-
NEY

# EXHIBIT G

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 2,171,778

Registered July 7, 1998

### TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER OPERATING SYSTEM
SOFTWARE; COMPUTER OPERATING PRO-
GRAMS; COMPUTER SYSTEM EXTENSIONS,
TOOLS AND UTILITIES IN THE FIELD OF
APPLICATION SOFTWARE FOR CONNECT-
ING PERSONAL COMPUTERS, NETWORKS,
TELECOMMUNICATIONS APPARATUS AND
GLOBAL COMPUTER NETWORK APPLICA-
TIONS; AUDIO AND VIDEO GRAPHICS FOR
REAL TIME INFORMATION AND IMAGE
TRANSFER, TRANSMISSION, RECEPTION,
PROCESSING AND DIGITIZING; COMPUTER
FIRMWARE; COMPUTER HARDWARE; COM-
PUTER PERIPHERALS; INTEGRATED CIR-
CUITS; INTEGRATED CIRCUIT CHIPS; SEMI-
CONDUCTOR PROCESSORS; SEMICONDUC-
TOR PROCESSOR CHIPS; MICROPROCES-
SORS; PRINTED CIRCUIT BOARDS; ELEC-
TRONIC CIRCUIT BOARDS; COMPUTER
MEMORY DEVICES; SEMICONDUCTOR
MEMORY DEVICES; VIDEO CIRCUIT
BOARDS; AUDIO CIRCUIT BOARDS; AUDIO-

VIDEO CIRCUIT BOARDS; VIDEO GRAPHIC
ACCELERATORS; MULTIMEDIA ACCELERA-
TORS; VIDEO PROCESSORS; FAX/MODEMS;
COMPUTER HARDWARE AND SOFTWARE
FOR THE TRANSMISSION AND RECEIPT OF
FACSIMILES; COMPUTER HARDWARE AND
SOFTWARE FOR THE DEVELOPMENT,
MAINTENANCE AND USE OF LOCAL AND
WIDE AREA COMPUTER NETWORKS; COM-
PUTER HARDWARE AND SOFTWARE FOR
THE DEVELOPMENT, MAINTENANCE, AND
USE OF INTERACTIVE AUDIO-VIDEO COM-
PUTER CONFERENCE SYSTEMS; COMPUTER
HARDWARE AND SOFTWARE FOR THE RE-
CEIPT, DISPLAY, AND USE OF BROADCAST
VIDEO, AUDIO, AND DIGITAL DATA SIG-
NALS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND
38).

FIRST USE 7-6-1971; IN COMMERCE
7-6-1971.

OWNER OF U.S. REG. NOS. 938,772, 9,149,978,
AND OTHERS.

SN 75-160,106, FILED 9-4-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

## EXHIBIT H

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 2,194,121

Registered Oct. 6, 1998

TRADEMARK
PRINCIPAL REGISTER

INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052-8119

FOR: PRINTED MATERIALS, NAMELY,
BOOKS, MAGAZINES, NEWSLETTERS, JOUR-
NALS, OPERATING MANUALS, USER'S
GUIDES, PAMPHLETS, AND BROCHURES
ABOUT, FOR USE WITH AND DIRECTED TO
USERS OF, COMPUTER OPERATING SYSTEM
SOFTWARE; COMPUTER OPERATING PRO-
GRAMS; COMPUTER SYSTEM EXTENSIONS;
COMPUTER SYSTEM TOOLS; COMPUTER
SYSTEM UTILITIES; COMPUTER APPLICA-
TION SOFTWARE; COMPUTER FIRMWARE;
COMPUTER HARDWARE; COMPUTER PE-
RIPHERALS; COMPUTER COMPONENTS; IN-
TEGRATED CIRCUITS; INTEGRATED CIR-
CUIT CHIPS; SEMICONDUCTOR PROCES-
SORS; SEMICONDUCTOR PROCESSOR CHIPS;
MICROPROCESSORS; PRINTED CIRCUIT
BOARDS; ELECTRONIC CIRCUIT BOARDS;
COMPUTER MEMORY DEVICES; SEMICON-
DUCTOR MEMORY DEVICES; VIDEO CIR-
CUIT BOARDS; AUDIO CIRCUIT BOARDS;
AUDIO-VIDEO CIRCUIT BOARDS; VIDEO
GRAPHIC ACCELERATORS; MULTIMEDIA
ACCELERATORS; VIDEO PROCESSORS; FAX/
MODEMS; COMPUTER HARDWARE AND
SOFTWARE FOR THE TRANSMISSION AND
RECEIPT OF FACSIMILES; COMPUTER
HARDWARE AND SOFTWARE FOR THE DE-
VELOPMENT, MAINTENANCE, AND USE OF
LOCAL AND WIDE AREA COMPUTER NET-
WORKS; COMPUTER HARDWARE AND SOFT-
WARE FOR THE DEVELOPMENT, MAINTE-
NANCE, AND USE OF INTERACTIVE AUDIO-
VIDEO COMPUTER CONFERENCE SYSTEMS;
COMPUTER HARDWARE AND SOFTWARE
FOR THE RECEIPT, DISPLAY, AND USE OF
BROADCAST VIDEO, AUDIO, AND DIGITAL
DATA SIGNALS; AND COMPUTER HARD-
WARE AND SOFTWARE FOR DEVELOP-
MENT, TESTING, PROGRAMMING, AND PRO-
DUCTION OF HARDWARE AND SOFTWARE,
IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38,
AND 50).

FIRST USE 3-0-1969; IN COMMERCE
3-0-1969.

OWNER OF U.S. REG. NOS. 1,573,324,
1,723,243, AND OTHERS.

SN 75-160,105, FILED 9-4-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

EXHIBIT I

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28, and 50

United States Patent and Trademark Office

Reg. No. 2,251,962
Registered June 8, 1999

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: CLOCKS, BELT BUCKLES, JEWELRY,
CHARMS, CUFF LINKS, EARRINGS, KEY
CHAINS, NECKLACES, BRACELETS, NECK-
TIE FASTENERS, LAPEL PINS, MONEY CLIP,

PENDANTS, PIGGY BANKS, TIE PINS, TRO-
PHIES AND WATCHES, IN CLASS 14 (U.S. CLS.
2, 27, 28 AND 50).

FIRST USE 10-0-1990; IN COMMERCE
10-19-1990.

SN 75-371,526, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

# EXHIBIT J

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

## United States Patent and Trademark Office

Reg. No. 2,251,961

Registered June 8, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: BINDERS, BOOKENDS, BOXES FOR
PENS, CALENDARS, TABLETS, NOTE CARDS
AND PLAYING CARDS, SELF-ADHESIVE
PADS, DESK PADS, AND CALENDAR PADS,
PENS, PENCILS, FOLDERS, PAPERWEIGHTS,

PEN AND PENCIL HOLDERS, PHOTOGRAPH
STANDS, RULERS, ERASERS, MARKERS,
DESK SETS, DESK ORGANIZERS, IN CLASS
16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).
FIRST USE 10-0-1990; IN COMMERCE
10-0-1990.

SN 75-371,525, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

# EXHIBIT K

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22, and 41

United States Patent and Trademark Office

Reg. No. 2,250,491
Registered June 1, 1999

## TRADEMARK
## PRINCIPAL REGISTER

INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: TRAVEL BAGS, LUGGAGE, SCHOOL
BAGS, BACK PACKS, BEACH BAGS, DUFFEL
BAGS, FANNY PACKS, UMBRELLAS, IN
CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST   USE   10-0-1993;   IN   COMMERCE
10-0-1993.

OWNER   OF   U.S.   REG.   NOS.   1,723,243,
1,725,692, AND OTHERS.

SN 75-371,363, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

# EXHIBIT L

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

United States Patent and Trademark Office

Reg. No. 2,254,525
Registered June 15, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: T-SHIRTS, SHIRTS, BEACHWEAR,
LOUNGEWEAR, SWEATERS, SWEATSHIRTS,
SWEAT SUITS, COVERALLS, JACKETS, TIES,
HEADWEAR, CARDIGANS, GYM SUITS,
HATS, JOGGING SUITS, NECKTIES, POLO

SHIRTS, SCARVES, INFANT ROMPERS, IN
CLASS 25 (U.S. CLS. 22 AND 39).
FIRST USE 10-0-1990; IN COMMERCE
10-0-1990.
OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

SN 75-978,308, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

# EXHIBIT M

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

## United States Patent and Trademark Office

Reg. No. 2,261,531
Registered July 13, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: TOYS, NAMELY, STUFFED TOYS,
TOYS, PLUSH TOYS, DOLLS, BEAN BAGS,
GAMES, NAMELY, BOARD GAMES, STAND
ALONE VIDEO GAMES, AND CHRISTMAS

TREE ORNAMENTS, IN CLASS 28 (U.S. CLS.
22, 23, 38 AND 50).

FIRST USE 9-0-1990; IN COMMERCE
9-0-1990.

SN 75-349,837, FILED 9-2-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

# EXHIBIT N

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40, and 50

**United States Patent and Trademark Office**

Reg. No. 2,276,580

Registered Sep. 7, 1999

TRADEMARK
PRINCIPAL REGISTER

INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: MUGS, SPORTS BOTTLES, IN CLASS
21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 12-0-1993; IN COMMERCE
12-0-1993.
OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

SN 75-371,362, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

**EXHIBIT O**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**   Reg. No. 2,446,693
Registered Apr. 24, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: COMPUTERS; COMPUTER HARDWARE;
SOFTWARE FOR USE IN OPERATING AND MAIN-
TAINING COMPUTER SYSTEMS; SEMICONDUC-
TORS; MICROPROCESSORS; INTEGRATED
CIRCUITS; MICROCOMPUTERS; COMPUTER
CHIPSETS; COMPUTER MOTHERBOARDS AND
DAUGHTERBOARDS; COMPUTER GRAPHICS
BOARDS; COMPUTER NETWORKING HARD-
WARE; COMPUTER NETWORK ADAPTORS,
SWITCHES, ROUTERS AND HUBS; COMPUTER
PERIPHERALS AND ELECTRONIC APPARATUS
FOR USE WITH COMPUTERS; KEYBOARDS;
TRACKBALLS; COMPUTER MOUSE DEVICES;
COMPUTER INPUT DEVICES; COMPUTER MONI-
TORS; VIDEO APPARATUS; VIDEO CIRCUIT
BOARDS; APPARATUS AND EQUIPMENT FOR
RECORDING, PROCESSING, RECEIVING, REPRO-
DUCING, TRANSMITTING, MODIFYING, COM-
PRESSING, DECOMPRESSING, BROADCASTING,
MERGING AND/OR ENHANCING SOUND, VIDEO
IMAGES, GRAPHICS, AND DATA; ALGORITHM
SOFTWARE PROGRAMS FOR THE OPERATION
AND CONTROL OF COMPUTERS; COMPUTER
COMPONENT TESTING AND CALIBRATING
ELECTRONIC UNITS; SET-TOP BOXES, NAMELY,
ELECTRONIC CONTROL BOXES FOR THE INTER-
FACE AND CONTROL OF COMPUTER AND GLO-
BAL COMPUTER NETWORKS WITH TELEVISION
AND CABLE BROADCAST EQUIPMENT, TELE-
CONFERENCING EQUIPMENT, AND VIDEO CON-

FERENCING EQUIPMENT, COMPUTER
PROGRAMS FOR NETWORK MANAGEMENT;
COMPUTER UTILITY PROGRAMS; COMPUTER
OPERATING SYSTEM SOFTWARE; COMPUTER
PROGRAMS FOR RECORDING, PROCESSING, RE-
CEIVING REPRODUCING, TRANSMITTING, MOD-
IFYING, COMPRESSING, DECOMPRESSING,
BROADCASTING, MERGING, AND/OR ENHAN-
CING SOUND, VIDEO, IMAGES, GRAPHICS, AND
DATA; COMPUTER PROGRAMS FOR WEB PAGE
DESIGN; COMPUTER PROGRAMS FOR ACCES-
SING AND USING THE GLOBAL COMPUTER NET-
WORK; TELECOMMUNICATIONS APPARATUS
AND INSTRUMENTS; APPARATUS AND EQUIP-
MENT FOR USE IN VIDEO-CONFERENCING, TEL-
ECONFERENCING, DOCUMENT EXCHANGE
AND EDITING; CAMERAS AND DIGITAL CAM-
ERAS FOR USE WITH COMPUTERS; HEADSETS
FOR USE WITH COMPUTERS, COMPUTER SOFT-
WARE, TELECONFERENCING EQUIPMENT AND
VIDEO CONFERENCING EQUIPMENT; PARTS,
FITTINGS, AND TESTING APPARATUS FOR ALL
THE AFORESAID GOODS; AND USER MANUALS
FOR USE WITH, AND SOLD AS A UNIT WITH, ALL
THE AFORESAID GOODS, IN CLASS 9 (U.S. CLS. 21,
23, 26, 36 AND 38).

FIRST USE 7-0-1971; IN COMMERCE 7-0-1971.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 75-412,493, FILED 12-31-1997.

TERESA M. RUPP, EXAMINING ATTORNEY

**EXHIBIT P**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

United States Patent and Trademark Office

Reg. No. 2,462,327
Registered June 19, 2001

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: PHOTOGRAPHIC EQUIPMENT, NAMELY,
DIGITAL CAMERAS AND PC CAMERAS; COMPU-
TER HARDWARE FOR USE IN IMAGING AND
PHOTOGRAPHIC APPLICATIONS; COMPUTER
SOFTWARE FOR USE IN IMAGING AND PHOTO-
GRAPHIC APPLICATIONS, NAMELY, ORGANIZ-
ING AND MANIPULATING IMAGES AND
CAPTURING, RETRIEVING, STORING AND MAIL-
ING IMAGES VIA INTERCONNECTED COMPU-
TER NETWORKS; PHOTO DISCS, NAMELY, CD
ROMS FOR USE IN STORING PHOTOGRAPHIC
IMAGES; CD ROMS FOR IMAGING AND PHOTO-
GRAPHIC APPLICATIONS, NAMELY, ORGANIZ-
ING AND MANIPULATING IMAGES AND

CAPTURING, RETRIEVING, STORING AND MAIL-
ING IMAGES VIA INTERCONNECTED COMPU-
TER NETWORKS; IMAGING SENSORS;
INTERACTIVE MULTIMEDIA COMPUTER GAME
PROGRAMS; INTERACTIVE VIDEO GAME PRO-
GRAMS; INTERACTIVE VIDEO GAMES OF VIR-
TUAL REALITY COMPRISED OF COMPUTER
HARDWARE AND SOFTWARE, IN CLASS 9 (U.S.
CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-1-1991; IN COMMERCE 12-1-1991.

OWNER OF U.S. REG. NOS. 914,978, 2,171,778,
AND OTHERS.

SN 75-607,823, FILED 12-18-1998.

BRETT J. GOLDEN, EXAMINING ATTORNEY

## EXHIBIT Q

Int. Cls.: 37, 41, and 42

Prior U.S. Cls.: 100, 101, 103, 106, and 107

**United States Patent and Trademark Office**

Reg. No. 2,585,551

Registered June 25, 2002

## SERVICE MARK
## PRINCIPAL REGISTER

# INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER HARDWARE INSTALLATION
AND REPAIR SERVICES; MAINTENANCE OF
HARDWARE FOR LOCAL AND WIDE AREA COM-
PUTER NETWORKS; MAINTENANCE OF HARD-
WARE FOR INTERACTIVE AUDIO-VIDEO
COMPUTER CONFERENCE SYSTEMS; MAINTE-
NANCE FOR HARDWARE FOR RECEIPT, DIS-
PLAY AND USE OF BROADCAST VIDEO, AUDIO,
AND DIGITAL DATA SIGNALS; MAINTENANCE
OF HARDWARE FOR INTERACTIVE AND NON-
INTERACTIVE WEB PAGES FOR THE GLOBAL
COMPUTER NETWORK FOR OTHERS, IN CLASS
37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 2-0-2000; IN COMMERCE 2-0-2000.

FOR: EDUCATION AND ENTERTAINMENT
SERVICES, NAMELY, ARRANGING AND CON-
DUCTING EDUCATIONAL CONFERENCES AND
SEMINARS IN THE FIELDS OF COMPUTERS,
TELECOMMUNICATIONS, AND COMPUTER NET-
WORKING, AND DISTRIBUTING COURSE MATE-
RIALS IN CONNECTION THEREWITH;
DEVELOPMENT, PUBLISHING AND DISSEMINA-
TION OF EDUCATIONAL MATERIALS IN THE
FIELDS OF COMPUTERS, TELECOMMUNICA-
TIONS AND COMPUTER NETWORKING FOR
OTHERS; INTERACTIVE AND NON-INTERACTIVE
COMPUTER EDUCATION TRAINING SERVICES;
PROVIDING INFORMATION VIA GLOBAL COM-
PUTER NETWORK IN THE FIELDS OF EDUCA-
TION AND ENTERTAINMENT; PROVISION OF
INTERACTIVE AND NON-INTERACTIVE ELEC-
TRONIC INFORMATION SERVICES IN THE
FIELDS OF EDUCATION AND ENTERTAINMENT,
IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 7-0-1997; IN COMMERCE 7-0-1997.

FOR: COMPUTER SERVICES, NAMELY, COM-
PUTER DIAGNOSTIC SERVICES; MAINTENANCE
AND UPDATING OF COMPUTER SOFTWARE;
PROVIDING OTHERS WITH ACCESS TO INTER-
ACTIVE AND NON-INTERACTIVE BROADCAST
VIDEO, AUDIO AND DIGITAL DATA SIGNALS;
PROVISION OF INTERACTIVE AND NON-INTER-
ACTIVE ELECTRONIC INFORMATION SERVICES
ON A WIDE VARIETY OF TOPICS; DEVELOPMENT
OF LOCAL AND WIDE AREA COMPUTER NET-
WORKS FOR OTHERS; DEVELOPMENT OF
AUDIO-VIDEO COMPUTER CONFERENCE SYS-
TEMS FOR OTHERS; DEVELOPMENT OF COMPU-
TER HARDWARE AND SOFTWARE FOR THE
RECEIPT, DISPLAY AND USE OF BROADCAST
VIDEO, AUDIO, AND DIGITAL DATA SIGNALS
FOR OTHERS; LEASING ACCESS TIME TO COM-
PUTER DATA BASES IN THE NATURE OF COM-
PUTER BULLETIN BOARDS IN A WIDE VARIETY
OF FIELDS; COMPUTER WEB SITE DESIGN SER-
VICES; COMPUTER SOFTWARE DESIGN FOR
OTHERS; DEVELOPMENT OF INTERACTIVE
AND NON-INTERACTIVE WEB PAGES FOR THE
GLOBAL COMPUTER NETWORK FOR OTHERS;
COMPUTER PROGRAMMING SERVICES; PROVID-
ING ON-LINE NEWSPAPERS, MAGAZINES, IN-
STRUCTIONAL MANUALS IN THE FIELDS OF
TECHNOLOGY, ENTERTAINMENT, EDUCATION
AND BUSINESS; DEVELOPMENT, MAINTE-
NANCE, AND PROVISION OF INTERACTIVE
AND NON-INTERACTIVE ELECTRONIC BULLE-
TIN BOARDS SERVICES IN THE FIELDS OF EN-
TERTAINMENT AND EDUCATION, IN CLASS 42
(U.S. CLS. 100 AND 101).

FIRST USE 9-28-1999; IN COMMERCE 9-28-1999.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 75-163,576, FILED 9-10-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

# EXHIBIT R

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

Reg. No. 2,742,174

## United States Patent and Trademark Office

Registered July 29, 2003

## SERVICE MARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER-RELATED AND COMMUNI-
CATIONS-RELATED SERVICES, NAMELY, IN-
STALLATION, REPAIR, MAINTENANCE,
SUPPORT AND CONSULTING SERVICES FOR
COMPUTER-RELATED AND COMMUNICA-
TIONS-RELATED GOODS; PROVIDING INFORMA-
TION IN THE FIELD OF COMPUTER
TECHNOLOGY VIA THE GLOBAL COMPUTER
NETWORK; PROVIDING ON-LINE PUBLICA-
TIONS, NAMELY, BOOKS, BROCHURES, WHITE
PAPERS, CATALOGS AND PAMPHLETS IN THE
FIELDS OF COMPUTER AND INFORMATION

TECHNOLOGY; DESIGNING AND DEVELOPING
STANDARDS FOR OTHERS IN THE DESIGN AND
IMPLEMENTATION OF COMPUTER SOFTWARE,
COMPUTER HARDWARE AND TELECOMMUNI-
CATIONS EQUIPMENT, IN CLASS 42 (U.S. CLS. 100
AND 101).

FIRST USE 11-0-1996; IN COMMERCE 11-0-1996.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 75-412,490, FILED 12-31-1997.

TERESA M. RUPP, EXAMINING ATTORNEY

# EXHIBIT S

Int. Cls.: 9 and 42

Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, and 101

**United States Patent and Trademark Office**

Reg. No. 3,029,954
Registered Dec. 13, 2005

TRADEMARK
SERVICE MARK
PRINCIPAL REGISTER

INTEL

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: SEMICONDUCTOR AND MICROPROCESSOR CARTRIDGES; INTERNET AND WEB SERVERS; INTERNET AND WEB CACHING SERVERS; WIRELESS AND REMOTE COMPUTER PERIPHERALS; COMPUTER HARDWARE AND SOFTWARE FOR ENABLING WEB PORTALS; COMPUTER HARDWARE AND SOFTWARE FOR DIGITAL ENCRYPTION, IDENTIFICATION AND CERTIFICATION; COMPUTER HARDWARE AND SOFTWARE TO ENABLE REMOTE ENCRYPTED NETWORKING; COMPUTER HARDWARE AND SOFTWARE TO ENABLE SECURE DATA TRANSMISSION VIA NETWORKS, THE INTERNET AND WORLD WIDE WEB, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-31-1997; IN COMMERCE 5-31-1997.

FOR: COMPUTER CONSULTATION SERVICES, NAMELY, WEB DESIGN AND DEVELOPMENT SERVICES; INTERNET AND WEB DATA SERVICES, NAMELY DIGITAL IDENTIFICATION AND CERTIFICATION SERVICES; APPLICATION SERVICE PROVIDER SERVICES, NAMELY HOSTING COMPUTER SOFTWARE APPLICATIONS OF OTHERS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 4-30-2001; IN COMMERCE 4-30-2001.

OWNER OF U.S. REG. NOS. 914,978, 2,171,778, AND OTHERS.

SN 76-975,693, FILED 4-3-2000.

TRICIA THOMPKINS, EXAMINING ATTORNEY

**EXHIBIT T**

Int. Cl.: 38

Prior U.S. Cls.: 100, 101, and 104

United States Patent and Trademark Office

Reg. No. 3,136,102

Registered Aug. 29, 2006

## SERVICE MARK
### PRINCIPAL REGISTER

# INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: TELECOMMUNICATION SERVICES,
NAMELY, ELECTRONIC AND DIGITAL TRANS-
MISSION OF DATA, DOCUMENTS, AUDIO AND
VIDEO VIA COMPUTER TERMINALS, IN CLASS 38
(U.S. CLS. 100, 101 AND 104).

FIRST USE 3-31-2003; IN COMMERCE 3-31-2003.

OWNER OF U.S. REG. NOS. 914,978, 2,171,778,
AND OTHERS.

SN 76-016,892, FILED 4-3-2000.

COLLEEN DOMBROW, EXAMINING ATTORNEY

# EXHIBIT U

Int. Cl.: 38

Prior U.S. Cls.: 100, 101 and 104

Reg. No. 3,173,391

United States Patent and Trademark Office     Registered Nov. 21, 2006

SERVICE MARK
PRINCIPAL REGISTER

# INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: TELECOMMUNICATIONS CONSULTING
SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 4-0-2001; IN COMMERCE 4-0-2001.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 914,978 AND 3,019,987.

SER. NO. 78-633,311, FILED 5-19-2005.

JOHN GARTNER, EXAMINING ATTORNEY

# EXHIBIT V

Int. Cl.: 9

Prior U.S. Cl.: 26

United States Patent and Trademark Office    Reg. No. 1,705,796
Registered Aug. 4, 1992

TRADEMARK
PRINCIPAL REGISTER

INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: MICROPROCESSORS, IN CLASS 9 (U.S. CL. 26).

FIRST   USE   1-0-1992;   IN   COMMERCE
1-0-1992.
OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 74-159,873, FILED 4-22-1991.

GLENN CLARK, EXAMINING ATTORNEY

EXHIBIT W

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 2,179,209
Registered Aug. 4, 1998

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119 INTEL CORPO-
RATION (DELAWARE CORPORATION)

2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER OPERATING SYSTEM
SOFTWARE; COMPUTER OPERATING PRO-
GRAMS; COMPUTER SYSTEM EXTENSIONS,
TOOLS AND UTILITIES IN THE FIELD OF
APPLICATION SOFTWARE FOR CONNECT-
ING PERSONAL COMPUTERS, NETWORKS,
TELECOMMUNICATIONS APPARATUS AND
GLOBAL COMPUTER NETWORK APPLICA-
TIONS; AUDIO AND VIDEO GRAPHICS FOR
REAL TIME INFORMATION AND IMAGE
TRANSFER, TRANSMISSION, RECEPTION,
PROCESSING AND DIGITIZING; COMPUTER
FIRMWARE; COMPUTER HARDWARE; COM-
PUTER PERIPHERALS; INTEGRATED CIR-
CUITS; INTEGRATED CIRCUIT CHIPS; SEMI-
CONDUCTOR PROCESSORS; SEMICONDUC-
TOR PROCESSOR CHIPS; MICROPROCES-
SORS; PRINTED CIRCUIT BOARDS; ELEC-
TRONIC CIRCUIT BOARDS; COMPUTER
MEMORY DEVICES; SEMICONDUCTOR

MEMORY DEVICES; VIDEO CIRCUIT
BOARDS; AUDIO CIRCUIT BOARDS; AUDIO-
VIDEO CIRCUIT BOARDS; VIDEO GRAPHIC
ACCELERATORS; MULTIMEDIA ACCELERA-
TORS; VIDEO PROCESSORS; FAX/MODEMS;
COMPUTER HARDWARE AND SOFTWARE
FOR THE TRANSMISSION AND RECEIPT OF
FACSIMILES; COMPUTER HARDWARE AND
SOFTWARE FOR THE DEVELOPMENT,
MAINTENANCE AND USE OF LOCAL AND
WIDE AREA COMPUTER NETWORKS; COM-
PUTER HARDWARE AND SOFTWARE FOR
THE DEVELOPMENT, MAINTENANCE AND
USE OF INTERACTIVE AUDIO-VIDEO COM-
PUTER CONFERENCE SYSTEMS; COMPUTER
HARDWARE AND SOFTWARE FOR THE RE-
CEIPT, DISPLAY, AND USE OF BROADCAST
VIDEO, AUDIO, AND DIGITAL DATA SIG-
NALS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND
38).

FIRST USE 1-0-1992; IN COMMERCE
1-0-1992.

OWNER OF U.S. REG. NOS. 1,702,463 AND
1,705,796.

SN 75-160,103, FILED 9-4-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

# EXHIBIT X

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 2,497,572

United States Patent and Trademark Office

Registered Oct. 16, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL SPEEDSTEP

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528199

FOR: COMPUTER HARDWARE MICROPROCES-
SORS, INTEGRATED CIRCUITS, AND SEMICON-
DUCTORS; MOBILE COMPUTERS; COMPUTER
HARDWARE, COMPUTER SOFTWARE, COMPU-
TER OPERATING SYSTEMS, AND APPLICATION
SPECIFIC INTEGRATED CIRCUITS ALL TO EN-
ABLE AUTOMATIC TRANSITIONING BETWEEN
LEVELS OF VOLTAGE AND FREQUENCY PER-

FORMANCE OF THE COMPUTER PROCESSOR
AND COMPUTER SYSTEM, IN CLASS 9 (U.S. CLS.
21, 23, 26, 36 AND 38).

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED
REP GERMANY APPLICATION NO. 39929800.209,
FILED 5-22-1999, REG. NO. 39929800, DATED 11-18-
1999, EXPIRES 5-31-2009.

SER. NO. 75-772,621, FILED 8-10-1999.

MICHAEL WEBSTER, EXAMINING ATTORNEY

# EXHIBIT Y

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 2,756,697

## United States Patent and Trademark Office

Registered Aug. 26, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL XSCALE

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: MICROPROCESSORS, INTEGRATED CIR-
CUITS, AND SEMICONDUCTORS; DATA PROCES-
SING EQUIPMENT, NAMELY, COMPUTERS,
COMPUTER MONITORS, KEYBOARDS, COMPU-
TER MICE, AND MODEMS; HANDHELD COMPU-
TERS; MICROCOMPUTERS; PERSONAL DIGITAL
ASSISTANTS; CELLULAR TELEPHONES; PORTA-
BLE AND HANDHELD PERSONAL ORGANIZERS;
COMPUTER HARDWARE; COMPUTER SOFT-
WARE, NAMELY, COMPUTER UTILITY PRO-
GRAMS, COMPUTER PROGRAMS FOR
NETWORK MANAGEMENT, COMPUTER SOFT-
WARE FOR ACCESSING A GLOBAL COMPUTER
NETWORK AND INTERCONNECTED COMPUTER
NETWORKS; COMPUTER OPERATING SYSTEMS;
COMPUTER PERIPHERALS; WIRELESS AND RE-
MOTE COMPUTER PERIPHERALS; WEB APPLIAN-

CES, NAMELY, SET-TOP BOXES, COMPUTER
SERVERS, TELECOMMUNICATIONS SERVERS,
DATA AND TELECOMMUNICATIONS SIGNAL
TRANSMISSION INTERFACE DEVICES FOR AC-
CESSING A GLOBAL COMPUTER AND FOR COM-
MUNICATIONS NETWORK, IN CLASS 9 (U.S. CLS.
21, 23, 26, 36 AND 38).

FIRST USE 8-23-2000; IN COMMERCE 9-27-2000.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED
REP GERMANY APPLICATION NO. 30009966.5,
FILED 2-10-2000, DATED 0-0-0000.

OWNER OF U.S. REG. NOS. 914,978, 2,171,778,
AND OTHERS.

SN 76-106,896, FILED 8-9-2000.

TRICIA THOMPKINS, EXAMINING ATTORNEY

# EXHIBIT Z

Int. Cls.: 9 and 42

Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, and 101

**United States Patent and Trademark Office**

Reg. No. 2,784,975
Registered Nov. 18, 2003

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## INTEL NETMERGE

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER SOFTWARE, NAMELY, COM-
PUTER MIDDLE WARE AND TELECOMMUNICA-
TIONS SOFTWARE FOR PROVIDING STANDARD
INTERFACES FOR VOICE, VIDEO, AUDIO, AND
NETWORK APPLICATIONS, FACSIMILE ROUT-
ING, VIDEOCONFERENCING, SWITCHING AND
SPEECH FUNCTIONALITY AND TO ALLOW FOR
STANDARD INTERFACES WITH HARDWARE;
AND COMPUTER SOFTWARE FOR USE IN FACIL-
ITATING NETWORK COMMUNICATIONS, IN
CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-1-2001; IN COMMERCE 10-1-2001.

FOR: COMPUTER CONSULTATION SERVICES
AND CUSTOM COMPUTER SOFTWARE DEVEL-
OPMENT SERVICES, IN CLASS 42 (U.S. CLS. 100
AND 101).

FIRST USE 10-1-2001; IN COMMERCE 10-1-2001.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED
REP GERMANY APPLICATION NO. 30100042.5/0,
FILED 1-2-2001, DATED 0-0-0000.

OWNER OF U.S. REG. NOS. 914,978, 2,462,327,
AND OTHERS.

SN 78-071,556, FILED 6-28-2001.

LAURA KOVAISKY, EXAMINING ATTORNEY

## EXHIBIT AA

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

United States Patent and Trademark Office

Reg. No. 2,724,913

Registered June 10, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL NETBURST

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: COMPUTERS; COMPUTER HARDWARE;
INTEGRATED CIRCUITS; MICROPROCESSORS;
SEMICONDUCTORS; COMPUTER PERIPHERALS;
WEB APPLIANCES; NAMELY, PERSONAL DIGI-
TAL ASSISTANTS, WEB-TABLETS, WEBPADS, AND

COMPUTER PERIPHERALS, IN CLASS 9 (U.S. CLS.
21, 23, 26, 36 AND 38).

FIRST USE 11-11-2000; IN COMMERCE 11-11-2000.

SN 76-068,772, FILED 6-13-2000.

SUSAN STIGLITZ, EXAMINING ATTORNEY

## EXHIBIT BB

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 2,869,653

United States Patent and Trademark Office

Registered Aug. 3, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL NETSTRUCTURE

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: NETWORKING SOFTWARE DESIGNED TO PROCESS HOST MEDIA TASKS ON SERVERS; SWITCHES; ROUTERS; MEZZANINE CARDS; PROCESSOR BOARDS; VPN GATEWAYS; PBX INTEGRATION BOARDS; COMPUTER HARDWARE AND SOFTWARE TO TRANSLATE CALL AND CONNECTION CONTROL SIGNALS; SWITCHING HARDWARE DESIGNED TO ROUTE CALLS FROM ONE NETWORK RESOURCE TO ANOTHER; XML ACCELERATORS; NETWORKING HARDWARE FOR MANAGING TRAFFIC AND LOAD BALANCING FOR WEBSITES AND E-COMMERCE SITES, AND ACCELERATING TRANSACTIONS; VOICE OVER IP (VOIP) INTERFACE BOARD; CIRCUIT BOARDS; COMPUTER SOFTWARE FOR PROVIDING NETWORK ACCESS; COMPUTER HARDWARE FOR WIRELESS APPLICATIONS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 2-0-2000; IN COMMERCE 2-0-2000.

SER. NO. 78-284,090, FILED 8-6-2003.

MARGERY A. TIERNEY, EXAMINING ATTORNEY

# EXHIBIT CC

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 2,911,320

## United States Patent and Trademark Office

Registered Dec. 14, 2004

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL NETSTRUCTURE

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: COMPUTER HARDWARE; ROUTERS;
HUBS; SERVERS; SWITCHES; INTEGRATED CIR-
CUITS; COMPUTER FIRMWARE, NAMELY COM-
PUTER OPERATING SYSTEMS SOFTWARE; FIXED
FUNCTION SERVERS; COMPUTER NETWORKING
HARDWARE; SEMICONDUCTOR DEVICES; COM-
PUTER HARDWARE AND SOFTWARE FOR
CREATING, FACILITATING, AND MANAGING
REMOTE ACCESS TO AND COMMUNICATION
WITH LOCAL AREA NETWORKS (LANS), VIR-
TUAL PRIVATE NETWORKS (VPN), WIDE AREA
NETWORKS (WANS) AND GLOBAL COMPUTER
NETWORKS; ROUTER, SWITCH, HUB AND SER-
VER OPERATING SOFTWARE; COMPUTER SOFT-
WARE FOR USE IN PROVIDING MULTIPLE USER
ACCESS TO A GLOBAL COMPUTER INFORMA-
TION NETWORK FOR SEARCHING, RETRIEVING,
TRANSFERRING, MANIPULATING AND DISSE-
MINATING A WIDE RANGE OF INFORMATION;
APPLICATION SOFTWARE, NAMELY, COMPUTER
COMMUNICATIONS SOFTWARE, INTER-NET-

WORK ACCESS AND APPLICATION MANAGE-
MENT SOFTWARE, NETWORK MANAGEMENT
SOFTWARE, PROTOCOL TRANSLATION SOFT-
WARE, AND TELECONFERENCING SOFTWARE;
COMPUTER SOFTWARE TOOLS FOR THE FACIL-
ITATION OF THIRD PARTY SOFTWARE APPLICA-
TIONS; COMPUTER NETWORK ADAPTERS;
COMPUTER HARDWARE AND SOFTWARE FOR
WIRELESS NETWORK COMMUNICATIONS; RE-
MOTE ACCESS SERVERS, REMOTE ACCESS ADAP-
TERS, REMOTE ACCESS SOFTWARE, AND
REMOTE ACCESS GATEWAYS; NETWORKING
EQUIPMENT, NAMELY, DIGITAL LOOP CARRI-
ERS, MULTIPLEXERS, OPTICAL TRANSMITTERS,
FIBER OPTIC TERMINALS; AND MANUALS SOLD
AS A UNIT AND DOWNLOADABLE FROM A
GLOBAL COMPUTER NETWORK, IN CLASS 9
(U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 2-0-2000; IN COMMERCE 2-0-2000.

SN 75-859,872, FILED 11-29-1999.

TRICIA THOMPKINS, EXAMINING ATTORNEY

## EXHIBIT DD

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

United States Patent and Trademark Office

Reg. No. 3,349,705
Registered Dec. 4, 2007

TRADEMARK
PRINCIPAL REGISTER

# INTEL CORE

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: DATA PROCESSORS; COMPUTERS; SEMI-
CONDUCTORS; MICROPROCESSORS; SEMICON-
DUCTOR DEVICES; INTEGRATED CIRCUITS;
COMPUTER CHIPSETS; COMPUTER MOTHER-
BOARDS AND DAUGHTERBOARDS; COMPUTER
SOFTWARE, NAMELY, COMPUTER OPERATING
SYSTEMS, COMPUTER UTILITY SOFTWARE AND
OTHER COMPUTER SOFTWARE USED TO MAIN-
TAIN AND OPERATE A COMPUTER SYSTEM;
PROGRAMMABLE DATA PROCESSORS, IN CLASS
9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-0-2005; IN COMMERCE 11-0-2005.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 914,978, 3,019,987,
AND OTHERS.

SN 78-714,166, FILED 9-15-2005.

JOHN GARTNER, EXAMINING ATTORNEY

**EXHIBIT EE**



# State of California

## SECRETARY OF STATE

Trademark Reg. No. 63565      Class No. 9      Renewal No. 16828

## CERTIFICATE OF RENEWAL OF TRADEMARK

*I, BILL JONES,* Secretary of State of the State of California, hereby certify:

That an application for renewal has been filed in this office for the TRADEMARK described below:

**Name of Applicant:**    Intel Corporation
**Business Address:**     2200 Mission College Blvd. Santa Clara, CA 95052
**Date First Used in California:**    March 11, 1969
**Date First Used Anywhere:**    March 11, 1969
**Description of Trademark:**    Intel
**Description of Goods on Which the Trademark is Used:**    Integrated circuits, registers, and semi-conductor memories and test and programming equipment for such products
**Date of Registration:**    May 15, 1981
**Term of Registration Extends to and Includes:**    May 15, 2011



IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this 16th day of May, 2001

BILL JONES
Secretary of State

# EXHIBIT FF

NP-24 A (Rev. 1-98)                                                                      OSP 99 21839



## SECRETARY OF STATE

Trademark Reg. No. 94220    Class No. 16    Renewal No. 16856

### CERTIFICATE OF RENEWAL OF TRADEMARK

*I, BILL JONES,* Secretary of State of the State of California, hereby certify:

That an application for renewal has been filed in this office for the TRADEMARK described below:

**Name of Applicant:**    Intel Corporation
**Business Address:**    2200 Mission College Blvd. Santa Clara, CA 95052
**Date First Used in California:**    August 1, 1973
**Date First Used Anywhere:**    August 1, 1973
**Description of Trademark:**    Intel
**Description of Goods on Which the Trademark is Used:**    Printed material, such as pamphlets, manuals relating to data technology and semiconductor devices
**Date of Registration:**    June 18, 1991
**Term of Registration Extends to and Includes:**    June 18, 2011



IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this 19th day of June, 2001

BILL JONES
Secretary of State

## EXHIBIT GG

NP-24 A (Rev. 1-96)    OSP 99 21630



# State of California

## SECRETARY OF STATE

Trademark Reg. No. 94221        Class No. 9        Renewal No. 16857

### CERTIFICATE OF RENEWAL OF TRADEMARK

*I, BILL JONES,* Secretary of State of the State of California, hereby certify:

That an application for renewal has been filed in this office for the TRADEMARK described below:

Name of Applicant:    Intel Corporation
Business Address:    2200 Mission College Blvd.  Santa Clara, CA  95052
Date First Used in California:    March 11, 1969
Date First Used Anywhere:    March 11, 1969
Description of Trademark:    Intel
Description of Goods on Which the Trademark is Used:    Integrated circuits, registers, and semiconductor memories
Date of Registration:    June 18, 1991
Term of Registration Extends to and Includes:    June 18, 2011

IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this 19th day of June, 2001



BILL JONES
Secretary of State

## EXHIBIT HH