| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | D. PETER HARVEY (SBN 55712)<br>pharvey@harveysiskind.com<br>RAFFI V. ZEROUNIAN (SBN 236388)<br>rzerounian@harveysiskind.com<br>HARVEY SISKIND LLP<br>Four Embarcadero Center, 39th Floor<br>San Francisco, CA  94111<br>Telephone:(415) 354-0100<br>Facsimile: (415) 391-7124 |
| 7<br>8 | Attorneys for Plaintiff<br>INTEL CORPORATION |

**E-Filed 8/13/2009**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

**SAN JOSE DIVISION**

| | |
|---|---|
| INTEL CORPORATION, a Delaware corporation,<br><br>             Plaintiff,<br><br>     vs.<br><br>LAND FEASIBILITY, LLC, a Delaware limited liability company,<br><br>             Defendant. | Case No. C 09-02294 JF<br><br>**JOINT STIPULATION PURSUANT TO LOCAL RULE 6-2 TO EXTEND TIME WITHIN WHICH TO ANSWER THE COMPLAINT AND TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES AND [~~PROPOSED~~] ORDER** |

Pursuant to Civil Local Rule 6-2, Plaintiff Intel Corporation ("Intel") and Defendant Land Feasibility, LLC ("Land Feasibility") hereby stipulate to allow Land Feasibility to file an Answer to Intel's Complaint by October 2, 2009. The parties also jointly request the Court to continue the case management conference currently set for September 4, 2009 at 10:30 a.m. to November 6, 2009, or as soon thereafter as counsel may be heard, with the initial case management and ADR deadlines rescheduled accordingly from the new case management conference date.

**1.     Reason for Request**

Intel filed its Complaint against Land Feasibility on May 22, 2009. On June 4, 2009, Intel's Complaint was served upon Land Feasibility. The parties request this stipulation to permit the parties to further explore settlement. Thus far, the parties have exchanged settlement proposals. Land Feasibility is in the process of gathering information to facilitate settlement. The parties hope to resolve this matter amicably before Land Feasibility's stipulated deadline to file its Answer to Intel's Complaint.

**2.     Prior Time Modifications**

There have been no previous time modifications in this case.

**3.     Effect of Requested Modification**

The requested extension will have no effect on the rest of the schedule in this action.

NOW, THEREFORE, the parties to this action, through their respective counsel, AGREE TO AND HEREBY STIPULATE, to reschedule the case management conference and related deadlines as follows:

1. Land Feasibility shall file and serve its answer to Intel's Complaint by no later than October 2, 2009;

2. The Court's case management conference, currently scheduled for September 4, 2009 at 10:30 a.m., shall be continued to November 6, 2009, or as soon thereafter as counsel may be heard; and the initial case management and ADR deadlines shall be rescheduled accordingly from the new case management conference date.

-1-

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: August 12, 2009 | HARVEY SISKIND LLP |
| 3 | | D. PETER HARVEY |
| | | RAFFI V. ZEROUNIAN |
| 4 | | |
| 5 | | By:   /s/ _____ |
| | | Raffi V. Zerounian |
| 6 | | |
| 7 | | Attorneys for Plaintiff |
| | | INTEL CORPORATION |
| 8 | | |
| 9 | Date: August 12, 2009 | JENNIFER MARONE PETERSON |
| 10 | | By:   /s/ _____ |
| 11 | | Jennifer Marone Peterson |
| 12 | | Attorney for Defendant |
| 13 | | LAND FEASIBILITY, LLC |

14  I, Raffi V. Zerounian, am the ECF User whose identification and password are being used to file this document. Pursuant to General Order 45.X.B, I hereby attest that counsel for Defendant has concurred in this filing.

                                /s/
                        _____
                           Raffi V. Zerounian

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 8/13/2009

                        _____
                        The Honorable Jeremy Fogel
                        United States District Judge

-2-

## PROOF OF SERVICE

The undersigned declares: I am a resident of the United States and am employed in the City and County of San Francisco, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 4 Embarcadero Center, 39th Floor, San Francisco, CA 94111.

On the date stated below, I served the following documents:

- **JOINT STIPULATION PURSUANT TO LOCAL RULE 6-2 TO EXTEND TIME WITHIN WHICH TO ANSWER THE COMPLAINT AND TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES AND [PROPOSED] ORDER**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner described below to the interested parties herein and addressed to:

Jennifer Marone Peterson, Esq.
874 Modesto Avenue
South Lake Tahoe, CA 96150
[jennymarone@yahoo.com]

Douglas E. Plocki, Esq.
Garbia, MacGregor & Plocki, LLP
4151 Chain Bridge Road
Fairfax, VA 22030
[dplocki@garbialaw.com]

| | | |
|---|---|---|
| X | **MAIL:** | I caused such envelope(s) to be deposited in the mail at my business address, with postage thereon fully prepaid, addressed to the addressee(s) designated. I am readily familiar with the business practice of collecting and processing correspondence to be deposited with the United States Postal Service on that same day in the ordinary course of business. |
| ___ | **FEDERAL EXPRESS – OVERNIGHT DELIVERY:** | I caused such envelope to be deposited with the Federal Express Office prior to the cut-off time for next day delivery with a shipping label properly filled out with delivery to be made to the addressee designated. |
| X | **VIA ELECTRONIC MAIL:** | I caused such document(s) to be delivered to the designated electronic mail address(es). |
| ___ | **VIA FAX:** | The facsimile machine I used complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration. |

| | | |
|---|---|---|
| 1 | __X__ | **(FEDERAL):** I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made. |
| 2 | ___ | |
| 3 | | **(STATE):** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. |

Executed on August 12, 2009 at San Francisco, California.

_____
Cynthia Lee